[No. 32218-4-I.     Division One.     March 27, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. STEPHEN
GARY ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 92-1-00023-8, Richard L. Pitt, J., entered Janu-

ary 7, 1993. *Reversed* and *remanded* by unpublished per curiam opinion.